# Exhibit 13

*Paid 02/06/2015*

*First Alton Inc.*
*450 Alton Rd. Ste. 1603*
*Miami Beach, FL 33139 USA*

## INVOICE

Date:            5-27-2015

Invoice Number:   05171501

Due Date:        06/15/15

FROM:    First Alton Inc.                TO:    Ganymede Cayman Limited
         450 Alton Rd #1603              c/o Genesis Trust & Corporate Services
         Miami Beach, FL 33139 USA              2nd Floor, Midtown Plaza
                                                Elgin Avenue
                                                PO Box 448
                                                Grand Cayman KY1-1106
                                                Cayman Islands

TAX NOT APPLICABLE

| Description    | Total             |
|----------------|-------------------|
| Advisory Fees  | USD 2,012,559.00  |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ████2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533