Case 1:18-md-02865-LAK-RWL   Document 680   Filed 11/24/21   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: All Cases

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO RESPOND TO LETTER MOTION FOR PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the current November 30, 2021 deadline for defendants to respond to the letter motion for protective order dated November 24, 2021 ("Letter Motion") (ECF No. 679) is hereby extended for one (1) day up to and including December 1, 2021.

This is the defendants' first request to modify the time to respond to the Letter Motion.

Dated: New York, New York
       November 24, 2021

By:  /s/ Sharon L. McCarthy
     Sharon L. McCarthy
     KOSTELANETZ & FINK LLP
     7 World Trade Center
     New York, NY 10007
     Telephone: (212) 808-8100
     smccarthy@kflaw.com

     Lead Counsel for Defendants

SO ORDERED

LEWIS A. KAPLAN, USDJ  11/29/21

By:  /s/ Marc A. Weinstein
     (e-signed with consent)
     Marc A. Weinstein
     HUGHES HUBBARD & REED LLP
     One Battery Park Plaza
     New York, NY 10004
     Telephone: (212) 837-6000
     Fax: (212) 422-4726
     marc.weinstein@hugheshubbard.com

     Counsel for Plaintiff Skatteforvaltningen
     (Customs and Tax Administration of the
     Kingdom of Denmark)